# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2025 KW 1106

VERSUS

TYRICK HILLS                                     **DECEMBER 30, 2025**

---

In Re:      Tyrick Hills, applying for supervisory writs, 17th
            Judicial District Court, Parish of Lafourche, No.
            582688.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief and supporting memorandum, the State's answer, the district court's ruling, the pertinent court minutes, the grand jury indictment, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before February 27, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT